UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7953 PA (SHx) | | Date | May 23, 2013 |
|---|---|---|---|---|
| Title | Dr. Robert V. Justice v. Ms. Carolyn Ditlevsen, et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

    Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1). In the present case, it appears that this time period has not been met.

    On April 17, 2013, Plaintiff Dr. Robert V. Justice ("Plaintiff") filed a request for entry of default by clerk. Default by clerk was entered on April 18, 2013. The Court orders Plaintiff to show cause in writing on or before **June 6, 2013** why this action should not be dismissed for lack of prosecution, or to file a noticed motion for default judgment or other appropriate dispositive motion on or before **June 6, 2013**. Failure to respond to this Order may result in dismissal of the complaint without further notice.

    IT IS SO ORDERED.