JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ROBERT V. JUSTICE, | CV 12-7953 PA (SHx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MS. CAROLYN DITLEVSEN, et al., | |
| Defendants. | |

Pursuant to the Court's December 27, 2012 Minute Order dismissing the claims alleged by plaintiff Dr. Robert V. Justice ("Plaintiff") against Defendant Carolyn Ditlevsen for lack of subject matter jurisdiction and the Court's July 22, 2013 Minute Order dismissing with prejudice the federal claims alleged against Defendant Ms. Julie Amaro,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants Deitlevsen and Amaro;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing and defendant Ditlevsen is awarded her costs of suit.

DATED:  July 22, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE